# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| STEVEN LYNN TURNER, | |
| Plaintiff(s), | |
| v. | 2:21-cv-00592-JCM-VCF |
| GEICO ADVANTAGE INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive, | **ORDER** |
| Defendant(s). | |

Before me is the notice of settlement (ECF No. 27).

Accordingly,

I ORDER that the motion to strike (ECF No. 25) is DENIED without prejudice.

I FURTHER ORDER that the parties must file a proposed stipulation and order on or before April 12, 2022.

DATED this 16th day of March 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE